# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

Robert Carl Moore, Jr., )
)
    Plaintiff, )
)
v. ) Civil Action No. 8:09-1770-SB
)
CO Mr. Ramsey, CO Mr. Warrior, )
and Miss Hollis, ) **ORDER**
)
    Defendants. )
_____)

This matter is before the Court upon the pro se Plaintiff's complaint, which was filed pursuant to 42 U.S.C. § 1983. By local rule, the matter was referred to a United States Magistrate Judge for preliminary determinations.

On April 14, 2010, United States Magistrate Judge Bruce Howe Hendricks issued a report and recommendation ("R&R") analyzing the Plaintiff's complaint and recommending that the Court grant the Defendants' motion to dismiss. Attached to the R&R was a notice advising the Plaintiff of the right to file specific, written objections to the R&R within 14 days of the date of service of the R&R. To date, no objections have been filed.



Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, because the Plaintiff did not file any specific, written objections, there are no portions of the R&R to which the Court must conduct a de novo review. Accordingly, after review, the Court hereby adopts the Magistrate Judge's R&R

(Entry 30) as the Order of this Court, and it is

**ORDERED** that the Defendants' motion to dismiss (Entry 23) is granted.

**IT IS SO ORDERED.**

The Honorable Sol Blatt, Jr.
Senior United States District Judge

May 12, 2010
Charleston, South Carolina