# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Robert Carl Moore, Jr <br> *Plaintiff* <br> v. <br> CO Mr. Ramsey, Co Mr. Warrior, Miss Hollis <br> *Defendant* | Civil Action No. 8:09-cv-01770-SB |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* recover from the defendant *(name)* the amount of dollars ($ ), which includes prejudgment interest at the rate of %, plus postjudgment interest at the rate of %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* recover costs from the plaintiff *(name)* .

■ other:   Defendants' Motion for Dismissal is granted.

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.

☐ tried by Judge without a jury and the above decision was reached.

■ decided by Judge Sol Blatt, Jr . on a motion for Dismissal.

Date:   May 13, 2010

*CLERK OF COURT*

s/Nora Chandler, Deputy Clerk

*Signature of Clerk or Deputy Clerk*